## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jennie-O Turkey Store, Inc., et al.,

Plaintiffs,

v.

Food Movers International, Inc.,

Defendant.

Civil No. 07-cv-1605 (JNE/JJG)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Food Movers International, Inc.'s Motion to Dismiss Plaintiffs' Complaint (Doc. No. 3) is GRANTED.

2. This action is DISMISSED WITHOUT PREJUDICE.

Dated: September 5, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
Judge, U.S. District Court